■ In the Matter of TRAVELERS PROPERTY CASUALTY, Appellant, v KEMPER INSURANCE COMPANY, Respondent. [756 NYS2d 894] —In a proceeding pursuant to CPLR article 75 to modify an arbitration award, the petitioner appeals from an order of the Supreme Court, Dutchess County (Dolan, J.), dated April 15, 2002, which dismissed the petition.

Ordered that the order is affirmed, without costs or disbursements.

Under the particular circumstances of this case, the Supreme Court properly dismissed the petition. Florio, J.P., S. Miller, Goldstein and Mastro, JJ., concur.